USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/20/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YACINE DIOP ET AL.,

        Plaintiffs,

- against -

NORA FOOD CORP., ET AL.,

        Defendants.

---

15-cv-3195(JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Maas dated March 18, 2016. The Report recommends that Mr. Hans be permitted to retain the $7,500 that Nora paid to him and his firm.

No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and Recommendation and concludes that Mr. Hans is entitled to retain the fees paid by the defendants.

SO ORDERED.

Dated:    New York, New York
             June 18, 2016

                                                John G. Koeltl
                                         United States District Judge